1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10                                      NO. C 06-03396 JW

11    In Re Juniper Derivative Actions        **ORDER FOLLOWING CASE**
                                               **MANAGEMENT CONFERENCE**
12

13    _____/

14          On October 16, 2006, the Court conducted a case management conference.  Counsel

15    representing the respective parties were present.  Counsel for the Class Action Plaintiffs were also

16    present.  In light of the discussion with the parties' counsel, the Court orders the following:

17          1.     The Derivative Plaintiffs shall file a Consolidated Complaint no later than **January**

18                 **12, 2007**.

19          2.     The deadline for the Derivative Defendants to file a motion to dismiss is **March 12,**

20                 **2007**.  Oppositions and replies are due April 13, 2007 and May 4, 2007 respectively.

21          3.     A hearing on the Derivative Defendants' motion is scheduled for **May 21, 2007 at**

22                 **9:00 a.m.**

23          4.     The parties in the Derivative Actions and the Class Actions shall coordinate service

24                 to ensure that everyone receives copies, electronically or otherwise, of the papers

25                 filed in each type of action.

26

27    Dated:  October 20, 2006                   _James Ware_____

28                                               JAMES WARE
                                                 United States District Judge

United States District Court

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Arthur L. Shingler ashingler@scott-scott.com
     Betsy C. Manifold manifold@whafh.com
3    Elizabeth C Guarnieri ecg@classcounsel.com
     Eric L. Zagar ezagar@sbclasslaw.com
4    Gregory L. Watts gwatts@wsgr.com
     Joni L. Ostler jostler@wsgr.com
5    Robert S. Green RSG@CLASSCOUNSEL.COM
     Sean M. Handler ecf_filings@sbclasslaw.com
6    Travis E. Downs travisd@lerachlaw.com

7

8    **Dated:  October 20, 2006**                 **Richard W. Wieking, Clerk**

9

                                                 **By:   /s/ JW Chambers**
10                                                    **Elizabeth Garcia**
                                                      **Courtroom Deputy**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28