IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert L. Garber, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>Juniper Networks, Inc., et al.,<br><br>    Defendants. | NO. C 06-04327 JW<br><br>Related Case No. C 06-05303 JW<br><br>**ORDER VACATING HEARING ON MOTIONS FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** |

    The Court finds it appropriate to take the motions for consolidation and appointment of lead plaintiff and lead counsel under submission without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for November 13, 2006 is VACATED.

Dated: November 9, 2006

                                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfred Glenn Yates yateslaw@aol.com
Jason T. Baker jbaker@alexanderlaw.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jmb@gbcslaw.com
Mark C. Molumphy mmolumphy@cpsmlaw.com
Michael M. Goldberg info@glancylaw.com
Patrice L. Bishop service@ssbla.com
Peter Arthur Binkow info@glancylaw.com
Richard Bemporad rbemporad@ldbs.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William M. Audet waudet@alexanderlaw.com

Dated:  November 9, 2006            Richard W. Wieking, Clerk

                                    By:   /s/ JW Chambers
                                          Elizabeth Garcia
                                          Courtroom Deputy